1 MICHELE BECKWITH
Acting United States Attorney
2 EMILY G. SAUVAGEAU
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

**FILED**

**Jan 28, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8
9        IN THE UNITED STATES DISTRICT COURT
10       EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,

12                    Plaintiff,        CASE NO.  2:25-MJ-0016

13            v.                        [PROPOSED] ORDER TO FILE REDACTED
                                        COPY OF COMPLAINT AFFIDAVIT
14 KEVIN PARKER,
   JOHN PARKER,
15 VERONICA BROOKS,
   XAVIER SURITA,
16 MARCELINO ESCOBAR, and
   DEVON NELSON,
17
                     Defendants.
18

19
        The United States' motion to partially unseal the Affidavit in Support of Criminal Complaint in
20
the above-referenced case, to file a redacted copy of the sealed Affidavit, and to keep the Motion to File
21
Redacted Copy of Affidavit in Support of Criminal Complaint is GRANTED.  The Clerk of the Court is
22
directed to unseal the above referenced case, seal the original Criminal Complaint and the United States'
23
Motion to Redact.  The Clerk of the Court is further directed to file the redacted Criminal Complaint on
24
the public docket.
25
DATED: January 28, 2025
26
                                        _____
                                        ALLISON CLAIRE
27                                      UNITED STATES MAGISTRATE JUDGE
28

[PROPOSED] ORDER TO FILE REDACTED COPY OF
COMPLAINT AFFIDAVIT